IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E.V. DRAKE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION: 1:20-00353-KD-N |
| GOVERNMENT EMPLOYEES INS. CO. *et al.,* | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and dated September 25, 2020, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this case is hereby **TRANSFERRED,** under 28 U.S.C. § 1404(a), to the U.S. District Court for the Northern District of Texas (Dallas Division).

The Clerk of Court is **DIRECTED** to close this action after transfer is effectuated.

**DONE** and **ORDERED** this the **19th** day of **October 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**